# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SOVEREIGN LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 22-3376 (RDM) |
| SULEMAN IDDRISSU, et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 04/05/2023.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 05/17/2023

CLERK OF COURT

Leayrohn L. King
Digitally signed by Leayrohn L. King
Date: 2023.05.17 13:05:38 -04'00'

*Signature of Clerk or Deputy Clerk*